AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
|  | ) | Case No. |
| (1) Xiaosong Wang and | ) | |
| (2) Jiali Wang | ) | 19-mj-6485-MPK |
|  | ) | |
|  | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___August 2013 through June 2019___ in the county of ___Norfolk and Worcester___ in the
___ District of ___Massachusetts___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to commit securities fraud |

This criminal complaint is based on these facts:

See attached affidavit of SA Chris Gianakura

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Chris Gianakura, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___10/14/2019___

_____
*Judge's signature*

City and state: ___Boston, MA___      Hon. M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*