**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:** Category No. __II__  Investigating Agency __FBI__

**City** __Weymouth and Upton__  Related Case Information:

**County** __Norfolk__  
Superseding Ind./ Inf. _____  Case No. _____  
Same Defendant _____  New Defendant __X__  
Magistrate Judge Case Number __19-mj-6485-MPK__  
Search Warrant Case Number _____  
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Xiaosong Wang__  Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address (City & State) __Upton, MA__

Birth date (Yr only): __1987__  SSN (last4#): __N/A__  Sex __M__  Race: __Asian__  Nationality: __China__

**Defense Counsel if known:** _____  Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA __Jordi de Llano & David D'Addio__  Bar Number if applicable _____

**Interpreter:** ☑ Yes  ☐ No  List language and/or dialect: __Mandarin Chinese__

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.  
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial  
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/14/2019  Signature of AUSA: _/s/_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Xiaosong Wang

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____