UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.       )<br>      )   No. 22-cr-10123-WGY<br>JIALI WANG,   )<br>      )<br>      Defendant   ) | |

**ASSENTED-TO MOTION TO CONTINUE GOVERNMENT RESPONSE DEADLINE**

The United States, with the assent and agreement of counsel for the Defendant, Jiali Wang, hereby respectfully moves for a continuance of the government's response deadline to the Defendant's pending Motion to Dismiss Complaint for Speedy Trial Act Violation (Dkt. #77) (the "Motion"). Specifically, the government requests that the deadline for the government's response to the Motion be no earlier than the date to be set by the Court for Defendant's arraignment on the intervening Indictment (Dkt. #79).

The parties agree that the requested continuance will promote efficiency, including by allowing additional time for the parties to discuss the disposition of the Motion in light of the intervening Indictment. The parties further agree that the continuance will not prejudice the Defendant given the intervening Indictment and that the Defendant, in assenting to the continuance, in no way waives or prejudices the arguments he advances in the Motion or any arguments he might elect to advance at a later date before the District Court regarding the intervening Indictment or otherwise.

Finally, the parties jointly and respectfully request that an arraignment on the Indictment be set at the Court's earliest availability.

1

Respectfully submitted,

*/s/ James R. Drabick*
JAMES R. DRABICK
Assistant United States Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210
Tel:   (617) 748-3498
james.drabick@usdoj.gov

Dated:   May 26, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2022, the foregoing document was filed electronically with the Clerk of the Court using the ECF system, for uploading and service by electronic notice to counsel and parties authorized to receive electronically Notices of Electronic Filing.

                                         */s/ James R. Drabick*
                                         JAMES R. DRABICK
                                         Assistant United States Attorney
                                         John Joseph Moakley Courthouse
                                         One Courthouse Way, Suite 9200
                                         Boston, Massachusetts 02210
                                         Tel:   (617) 748-3100
                                         james.drabick@usdoj.gov