To Whom It May Concern,

My name is Gui Liu, I am a professor at Shandong University of Science and Technology in China. I teach courses on "Financial Law", "Economic Law" and "Securities Investment Analysis". The courses I teach are well received by students. While teaching at the university, I also do a lot of off-campus training on securities trading, which has earned praises from securities practitioners.

I met Jiali Wang in 2016. We share many similar views on market analysis and stock trading. We eventually became very close friends. Often times, Jiali Wang would invite me to serve as a trainer for his team in the topics of compliance, stock trading, and market analysis. Jiali Wang is extremely concientious and his method has always been “meet compliance first before making profit.” Throughout my observation, Jiali Wang always ensure that his staff meet compliance and established clear policies to punish the employees that unintentionally or intentionally violate his rules. I remember there was an employee name Xiaosong Wang who violated his policies. Jiali Wang not only fined him severely (with documentations) and eventually suspended him for a long time.

Outside the business, Jiali Wang is a kindhearted and altruistic individual. He always donated funds to support the elders in his village by purchasing them essential items hoping to improve their quality of life. For these reasons, his family and friends have coined Jiali Wang as the “most charitable person” in the world.

I sincerely hope that the U.S. courts can give Jiali Wang a fair and equitable decision that is based on facts. Jiali has been stuck in America for more than three years and unable to see his elderly mother and his two young children. At this point, Jiali Wang’s mother is worried that she may not be able to see him at all given the time it takes for his case to settle. I hope that the U.S. court will consider Jiali’s whole person in making this decision.