To Whom It May Concern,

I am writing this letter to support Jiali Wang's character. I met Jiali Wang through my cousin, Vicky Liu, which they share a romantic relationship.

One of Jiali Wang's best qualities is his altruism, which was displayed in his efforts to help Vicky's family both in China and the United States. In the last six months, Jiali developed a close bond with Vicky's youngest son, Wei Liang Gao, a young man working at the C-Mart Supermarket in Quincy. Wei Liang Gao came to the United States at age 17. Since he does not have a high school diploma or a GED, Wei Liang Gao is only limited to working in low wage service-related jobs. As a mother, Vicky is constantly worried about Wei Liang's future and prays that he can build other skills to find opportunities beyond the low wage positions he has been accustomed to. Jiali decided to mentor Wei Liang by instructing him to use his extra money to fund a Roth Ira to safeguard his future and inspired me to seek other opportunities in his free time to build skills and supplement his income.

Aside from Jiali's mentorship of Wei Liang, Jiali has also become an indispensable member in Vicky's family. Vicky and her ex-husband Wei arrived at the United States from China in 2003, but due to economic hardship, they had to leave their three children in China. In 2012, Vicky and Wei finally reunited with their now adult children in the United States. About a year later, Vicky and Wei got divorced and the family was separated again. After the divorce, Vicky lived alone in Quincy and only see her children a few times a year. Since Vicky was away from her children for so long, they did not share a bond and they ultimately became estranged.

When Vicky met Jiali, everything changed. Jiali understood the value of family and knew that Vicky wanted nothing more than close and happy relations with her children. Jiali often hosts family dinners to entertain Vicky's three children. Through Jiali's efforts, Vicky's children began to rekindle their relationship with her and they also see Jiali as a trusted and respected member of their family.

While all these positive things were happening, an unfortunate event occurred. Vicky's ex-husband, Wei, was diagnosed with leukemia in 2018. Throughout the time, Wei was battling his illness, Jiali allowed him and his daughter Vivian to stay in one of his apartments free of charge for over two years so he could focus on his health and that Vivian could take care of him. Unfortunately, Wei lost his battle with leukemia and passed away in March 2021.

Throughout the time I've known Jiali, I deeply admire his altruism. Despite Jiali's legal troubles and uncertain future, he never once let his inner turmoil impact the people around him. He always treated Vicky and her family with respect and continued to host family dinners for them. It was because of these family dinners; Vicky has enjoyed the best relationships with her children that she ever knew. Another thing I respect about Jiali is his usual punch line "as long as everyone is happy, I'm happy." He frequently express this as he is preparing foods for the people he loves – especially his chilly oil fish.

I hope this letter is enough to show you a side of Jiali Wang that cannot be displayed in court papers. While the case is complex, but Jiali s character and his approach in life is not. He only

wants to support the people he loves and always do his best to contribute to the lives of other people.

- David Chen