To Whom It May Concern,

My name is Vicky Liu, Jiali Wang is my boyfriend. I am writing this letter to support Jiali Wang and I hope this letter can reveal the real Jiali Wang and not the information provided by the prosecutors. I met Jiali Wang in the May of 2012.

Throughout my entire life, I have to provide for my parents in China and to support my adult children once they arrived in America. Due to these responsibilities, I have to work many hours and not able to spend time with my children. Our relationship eventually grew apart. I met Jiali Wang during the toughest time in my life. My mother was in need of an important medical procedure and needed a lot of money from me. I was already working seven days a week at the time, but I still did not have enough to cover the outstanding medical expenses. Jiali Wang learned about my struggles, and immediately offered me a helping hand with the medical expenses.

We eventually grew very close then and eventually started a company together, WV Investments that focus on real estate investments. Our business partnership taught me the importance of money management and using tactics and strategies to make money work for me. Jiali Wang mentored me on how to invest and what to invest so I can create more wealth to support my family back home and also my children in America.

Eventually, Jiali Wang also grew close with my children and became their mentor. In the last few years, Jiali Wang taught my children the ins and outs of the stock market and helped build their first portfolio. Since my children do not have a high school diploma, they can only work in low wage jobs. Jiali Wang's mentorship helped my children start businesses and build their retirement accounts. I want to emphasis that this happen in the last few years, and Jiali Wang only offered mentorship and did not provide any financial support. He only wanted to give them the gift of knowledge.

As a result of Jiali Wang's involvement, my relationship with my children have grown closer than ever before. Furthermore, my children see Jiali Wang as a father figure, something they have been missing since the death of their father from leukemia last year.

I hope this letter serves as a reflection on who Jiali Wang as a person. He is the most kindhearted and compassionate person I have ever met in my life. I am confident everyone he has met and got to know him would share similar sentiments.

- Vicky Liu