Dear Justice,

I am Wang Jiali's brother, and the purpose of writing this letter to you is to show that my brother has been trapped in a foreign land for more than three years, and we, as his closest relatives, miss him very much, and worry about him even more. Being trapped in a distant place on the other side of the sky, not knowing when the return date will be, has caused untold harm and impact on Jiali himself, on our 70-something old mother, on his young children, and on his family. This hurts and affects both physical and mental.

When Jiali first went to the United States, his two children, one 8 years old and one 4 years old, was when he needed his father to accompany and educate, and Jiali's absence made the children's growth lack of father's love, and the process of life growth had regrets and deficiencies. Every holiday and weekend, watching other children being accompanied by their parents to play games or participate in activities, children often cry and ask their mother where his father has been and why he has not seen his father for so long. The children's teachers also want to communicate with the father about the child's education, and the mother can only use it to prevaricate in the field. Can Dad accompany us for birthday blowing birthday candles this year? Can you accompany the children to celebrate the Spring Festival together? Mom and dad grow up with their children, which is the most natural thing in the world, the simplest and clearest thing, and now for Jiali and his two children, it is indeed a big problem that they do not know how to answer. This is unjust to young children! Who will do justice to the children? Since Jiali has not been able to return home for more than three years, the originally happy and complete family is now not complete, my sister-in-law alone brings two young children who are still ignorant, worrying about the children's food, clothing and study, and worrying about the husband who cannot return home. When Jiali was at home, he gave the family living expenses every month, and now the living expenses are gone, the original savings are also spent, the family needs expenses, and Jiali's lawsuit also costs ... Faced with high costs, my sister-in-law had to work part-time while taking care of her two young children. Resting for a long time is not good, and there are many problems in the body. This is all in the hope that Jiali can come back and solve it as soon as possible.

Jiali has not been able to return home for more than three years, and the most hurt are not only his two young children, but also our elderly mother. My mother is also 73 years old this year, and I miss Wang Jiali all day and night, I can't eat, I can't sleep, I always think about why Jiali never goes home, what is going on, why don't I come back to see, why can't I see each other for more than three years.... When I woke up a few days ago, my mother told me that I dreamed of Jiali last night, and in my sleep, Jiali shook her mother's arm, saying that I had just returned from the United States, and I was about to say something when I woke up, and I couldn't sleep anymore.... My mother wiped her tears as she spoke, and asked me to call my brother and ask if I was too busy with work to go home. Since my father died of illness 25 years ago, it was our brave and resilient mother who pulled us up for college and higher education. Every bit of our lives is the focus of our mother's attention. Now my brother is stranded in a foreign country, with no relatives, far away from his relatives, my mother is really worried about him every day, worrying about him all the time, hoping that he will suddenly one day push the door and enter, shouting "Mom, I'm back!" ”。 It was precisely because of her concern for her youngest child that my old mother lost sleep at night and was in a much worse physical condition than before.

Jiali has been away for more than three years, and his family and friends have lost contact, and his relationship has become estranged. The business that had already agreed to cooperate with friends was also forced to stop, and the more than 200,000 yuan invested in the business was also lost, and the loss was irreparable. Everything was forced to stop because he couldn't come back.

We have always believed that the United States is a democratic country governed by the rule of law and will treat everyone just and fairly. Whether it is a U.S. citizen or an international friend, the law will give a fair answer to all those who have judicial problems. For more than three years, we have not had a clear result in handling the Wang Jiali issue, and we are very disappointed. It is fervently hoped that the Court will give a fair answer as soon as possible. We, as Jiali's closest relatives, look forward to his safe return. We firmly believe that you will enforce the law impartially and give him justice!

Thank you!

(Translated through Google Translate)

尊敬的大法官：

我是王甲利的哥哥，给您写这封信的目的是想表明，我弟弟被困在异国他乡已经三年多了，我们作为他的至亲的人，很是想念他，更为他担心不已。被困在遥远的天那边的地方，不知何时是归期，已经对甲利本人，对我们 70 好几的老母亲，对他的年幼的孩子，对家庭，都造成了难以计数的伤害和影响。这伤害和影响，包括身体上的，也包括精神上的。

甲利刚去美国时，自己的两个孩子一个 8 岁一个 4 岁，正是需要爸爸陪伴教育的时候，甲利的不在，使孩子们的成长缺少了父爱，人生成长的过程有了遗憾和不足。每到假期和周末，看着别的小朋友都由爸爸妈妈共同陪着做游戏或参加活动，孩子们往往会哭着问妈妈，爸爸去了哪里，为什么这么长时间了都见不到爸爸。孩子们的老师，也想和爸爸沟通一下孩子的教育问题，妈妈只能用在外地来搪塞。爸爸今年能不能陪着一起过生日吹生日蜡烛？能不能陪着孩子们一起过春节？爸爸妈妈陪孩子成长，这本是世界上最天经地义的事情，最简单明了的事情，现在对甲利和他的两个孩子而言，确是不知道怎么回答的大难题了。这对年幼的孩子来说，是不公正的！谁来为孩子们主持公道？由于甲利三年多不得回家，原本幸福圆满的家庭现在不圆满了，我的弟媳一个人带两个还懵懂年幼的孩子，操心孩子们的吃穿和学习，还要为不得回家的丈夫担惊受怕，这其中的艰辛，谁来分担？甲利在家时，每月都给家里生活费，现在生活费都没了，原来的积蓄也花没了，家庭生活需要开支，甲利的官司也要费用.......面对高额的费用，我的弟媳不得不一边打工一边照顾两个年幼的孩子。长时间休息不好，身体也出现很多问题。这都期盼甲利能尽快回来解决。

甲利在外三年多不能回家，最受伤害的除了两个年幼的孩子，还有我们的老母亲。母亲今年也 73 岁了，整日整夜的思念着王甲利，饭吃不下，觉睡不着，总念叨着甲利怎么总不回家，这到底是怎么啦，为什么不回来看看，为什么三年多了总见不着一面……前几天早晨起来母亲就对我说，昨晚做梦梦见甲利了，睡梦中甲利摇着母亲的胳膊，说从美国刚回来，正待要说什么就醒了，醒了就再也睡不着了……母亲边说边抹眼泪，让我赶紧给弟弟打电话，问是不是工作太忙了迭不得回家。由于父亲在 25 年前因病去世，是我们勇敢而坚韧的母亲把我们拉扯大，供我们上大学接受高等教育。我们的生活点滴都是母亲关注的焦点。现在我的弟弟被滞留在异国他乡，举目无亲，远离亲人，母亲真的是天天为他担心，无时无刻不在牵挂着他，盼着他突然有一天能推门而入，喊一声“娘，我回来啦！”。正是因为对自己最小的孩子牵肠挂肚，我的老母亲夜夜失眠，身体状况大不如从前。

甲利在外三年多，亲朋好友没有了来往，关系也疏远了。已经约好了和朋友合作的生意，也被迫停止了，生意投资的 20 多万，也都打了水漂，损失无法挽回。所有的事情因他的不能回来而被迫停止了。

我们一直坚信美国是一个法治的民主的国家，会公正、公平地对待每一个人。不论是美国公民还是国际友人，法律都会给所有发生司法问题的人一个公平的答复。三年多了，对王甲利问题的处理一直没有个明确的结果，我们很是失望。殷切希望法院能尽快给一个公正的答复。我们作为甲利至亲的人，盼着他早日平安归来。我们坚信，你们会秉公执法，还他一个公道！

谢谢你们！