
2990404756(2015-11-21 010
file:///D:/wjf%3B2015--16/"王甲峰"的%20iPhone's%20iPhone%205c/2021-08-22/QQ聊天记录/网页格式/岱岳山坡/TASAKI/附件/2990404756(2015-11-21%20010759).png
TASAKI / attachment company chat group
The following types of violations are firmly prohibited:
1. Layering, which means placing some buy orders first, then cancel your buy orders, and then quickly execute short orders(or placing short orders first, and then buying)
2. Spooling, placing some buying orders, Then place a short order (the short order is likely to be executed in a few seconds), and immediately cancel all the buy orders after the short order is executed (or place the empty order first and then place the buy order). Layering and Spooling are relatively similar behaviors. They both repeatedly place orders and cancel orders, deliberately pushing prices or changing the comparison of trading volumes within a short period of time, and enter the market in the opposite direction after fraudulent market.
3. Pre-arranged trading, the opposite of the previous contacts, when there is no news or unexpected events, quickly enter the big stock market to trade, and then quickly close the position, resulting in rapid profit or loss (intentional loss is also not allowed )
4. Wash sale, in simple terms, is to make your own orders, whether intentionally or unintentionally, but now Sterling's trading system has wash-sale prevention settings, which can prevent wash sales, so this type of violation is avoided. If a trader sees a yellow-colored dialog box on Sterling when trading: wash-sale prevention, please do not ask us to remove the wash sale prevention setting, because the pop-up message shows that if this setting is removed, Your transaction will be deemed to be a violation and is not allowed
以下几种违规是坚决禁止的
1. Layering，就是首先摆一些多单，然后撤销掉自己的多单，之后迅速的打空单成交（或先摆空单后进多单）
2. Spoofing，摆一些多单，之后摆空单（空单有很大的可能摆过之后几秒就成交），空单成交之后迅速撤掉所有的多单（或先摆空单后摆多单）。
Layering和Spoofing是比较相似的行为，都是反复的摆单撤单，刻意推动价位或者造成短时间内改变买卖量的对比，欺诈市场最后反方向入场。
3. Pre-arranged trading，提前联系好的对倒，在没有什么新闻意外突发事件的时候，迅速进入大股数成交然后迅速平仓，造成快速的盈利或亏损（故意亏损也是不允许的）
4. Wash sale，简单说来就是自己打自己的单子，无论是有意还是无意，不过现在Sterling的交易系统有了wash-sale prevention的设置，可以防wash sale，因此算是避免了这类的违规。交易员如果交易的时候看到Sterling上面弹出黄颜色的对话框说是wash-sale prevention之类的，请不要要求我们撤除防wash sale的设置，因为出现这个弹框信息就说明如果撤除了设置，您的这笔交易成交就会被认定为违规是不允许的。


file:///D:/wjf%3B2015--16/"王甲峰"的%20iPhone's%20iPhone%205c/2021-08-22/QQ聊天记
2015-11-21 01:07:59
01:07:59 November 21, 2015
2990404756
以下几种违规是坚决禁止的
1. Layering，就是首先摆一些多单，然后撤销掉自己的多单，之后迅速的打空单成交（或先摆空单后进多单）
2. Spoofing，摆一些多单，之后摆空单（空单有很大的可能摆过之后几秒就成交），空单成交之后迅速撤掉所有的多单（或先摆空单后摆多单）。
Layering和Spoofing是比较相似的行为，都是反复的摆单撤单，刻意推动价位或者造成短时间内改变买卖量的对比，欺诈市场最后反方向入场。
3. Pre-arranged trading，提前联系好的对倒，在没有什么新闻意外突发事件的时候，迅速进入大股数成交然后迅速平仓，造成快速的盈利或亏损（故意亏损也是不允许的）
4. Wash sale，简单说来就是自己打自己的单子，无论是有意还是无意，不过现在Sterling的交易系统有了wash-sale prevention的设置，可以防wash sale，因此算是避免了这类的违规。交易员如果交易的时候看到Sterling上面弹出黄颜色的对话框说是wash-sale prevention之类的，请不要要求我们撤除防wash sale的设置，因为出现这个弹框信息就说明如果撤除了设置，您的这笔交易成交就会被认定为违规是不允许的。
2990404756
The following types of violations are firmly prohibited:
1. Layering, which means placing some buy orders first, then cancel your buy orders, and then quickly execute short orders(or placing short orders first, and then buying)
2. Spooling, placing some buying orders, Then place a short order (the short order is likely to be executed in a few seconds), and immediately cancel all the buy orders after the short order is executed (or place the empty order first and then place the buy order). Layering and Spooling are relatively similar behaviors. They both repeatedly place orders and cancel orders, deliberately pushing prices or changing the comparison of trading volumes within a short period of time, and enter the market in the opposite direction after fraudulent market.
3. Pre-arranged trading, the opposite of the previous contacts, when there is no news or unexpected events, quickly enter the big stock market to trade, and then quickly close the position, resulting in rapid profit or loss (intentional loss is also not allowed )
4. Wash sale, in simple terms, is to make your own orders, whether intentionally or unintentionally, but now Sterling's trading system has wash-sale prevention settings, which can prevent wash sales, so this type of violation is avoided. If a trader sees a yellow-colored dialog box on Sterling when trading: wash-sale prevention, please do not ask us to remove the wash sale prevention setting, because the pop-up message shows that if this setting is removed, Your transaction will be deemed to be a violation and is not allowed

file:///D:/wjf%3B2015--16/"王甲峰"的%20iPhone's%20iPhone%205c/2021-08-22/QQ聊天记录/网页格式/岱岳山坡/TASAKI/TASAKI的QQ聊天记录.html

游戏大全 系统装机 百度 hao123 淘宝 天猫 京东 头条新闻 在线购彩 系统下载 VPN游 游戏娱乐 驱动精灵 系统优化 市场采购

2016-01-09 06:09:18

06:09:18
January 9, 2016

TASAKI
company chat group

2990404756

目前SEC定义的几种典型违规：1、wash sales——洗盘； 2、 marking 故意标记关键价格，尤其是收盘价； 3、layering：叠单，也就是一层层的单子撑上去或者一层层的单子压下来； 4、spooling：忾骗，即闪个大单，然后迅速撤销；5、momentum ignition strategies: 动量启动策略

Several typical illegal transactions currently defined by the SEC: 1. wash sales; 2. marking deliberately mark key prices, especially closing prices; 3. layering: stacked orders, that is, a layer of orders to buy, or layer by layer The order is sold; 4. spooling: flash a large order and then quickly withdraw it; 5. momentum ignition strategies

2016-01-11 21:58:35

王超

00203543

2016-01-12 00:41:41

王超

32942775

2016-01-12 03:53:49

王超

19972153

2016-01-12 06:06:45

2990404756




file:///D:/wj's%20iPhone%206/2021-08-21/QQ聊天记录/网页格式/岱岳山坡/450742736组长群/450742736的QQ聊天记录.html
2016-08-31 04:01:19
Risk control
风控--
这是违规交易记录，请大家关注 避免再次发生。谢谢
This is an illegal transaction record, please pay attention to avoid recurrence, thank you
2016-08-31 04:10:23
2990404756
典型的wash trading， 左边一手一手撑单子上去，然后迅速反方向大股数sell，强调多次的违规，一千美金被罚掉了！！
In a typical wash trading, place 100 shares one by one on the left, and then sells a large number of shares in the opposite direction, emphasizing multiple violations, and one thousand dollars is fined! ！
2016-08-31 22:36:30