页格式/岱岳山坡/165194817公司群/165194817的QQ聊天记录.html

QQ chat record of company chat group

gle Search | 全部QQ聊天记录 | $$title$$

王超
33090210

2016-08-31 03:44:25

3042624428
还有15分钟收盘，请注大家注意仓位,及时清仓,避免被强行平仓的风险/抱拳

There are still 15 minutes to close, please pay attention to your positions and clear your positions in time to avoid the risk of being forcibly liquidated / clench your fists

2016-08-31 04:11:24

Gary Wang

Jiali Wang

典型的wash trading ，左边一手一手撑单子上去，然后迅速反方向大股数sell

Typical wash trading, the left side placed the list with one hundred shares by one hundred shares, and then quickly sells the large orders in the opposite direction

Gary Wang

Jiali Wang

以后wt账号因违规被罚款，罚款由个人承担，从个人账面net 内扣除，跟组内没关系

In the future, the WT account will be fined for violations. The fine will be borne by the individual and will be deducted from the personal account net. It has nothing to do with the team.

2016-08-31 06:11:59

06:11:59
8-31-2016

# 收 款 收 据 № 0000824

客户名称：王晓松 Xiaosong Wang　　2015年 11月 18日 November 18, 2015

| 项目 | 单位 | 数量 | 单价 | 金额 十 | 万 | 千 | 百 | 十 | 元 | 角 | 分 | 备注 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015.09月工资 | September 2015 salary | | | | | | | | | | | |
| 实发（人民币） | | | | | 2 | 0 | 0 | 0 | 0 | | | 0.7 |
| 留存（美金） | | | | | 1 | 4 | 1 | 8 | 3 | 9 | 3 | 美金扣除 |
| 11月份组内补助 | | | | | | 1 | 0 | 0 | 0 | | | 5000（罚款） |
| 合计人民币（大写） 拾 贰 万 壹 仟 ~~佰 拾 元 角~~ 分 | | | | | 2 | 1 | 0 | 0 | 0 | | | 实际留存9183.93 |

第三联 客户联

Deduct $5,000 as a fine

填票人 贾蒙 Meng Jia　　收款人 王晓松 Xiaosong Wang　　单位名称（盖章）

# 收 款 收 据 № 0000825

客户名称：邢琳 → Lin Xing

2015年 11月 18日 November 18, 2015

| 项目 | 单位 | 数量 | 单价 | 金额 十 | 万 | 千 | 百 | 十 | 元 | 角 | 分 | 备注 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015.09月工资 → September 2015 salary | | | | | | | | | | | | 0.3 罚款 人民币10000 当月扣除 |
| 实发(人民币) | | | | | 2 | 0 | 0 | 0 | 0 | | | |
| 扣款(人民币)罚款 → Deduct fines | | | | | -1 | 0 | 0 | 0 | 0 | | | |
| 美金留存 | | | | | | 4 | 2 | 7 | 6 | 2 | 1 | |
| 合计人民币(大写) 拾壹万 ~~仟 佰 拾 元~~ 角 分 | | | | | 1 | 0 | 0 | 0 | 0 | | | |

Fines, deducted in the current month

填票人 贾蒙 Meng Jia 收款人 邢琳 Lin Xing 单位名称(盖章)