UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 22-cr-10123-001-WGY |
| | ) | |
| JIALI WANG, | ) | |
| | ) | |
| Defendant | ) | |

**[PROPOSED] ORDER OF JUDICIAL REMOVAL**

Upon the application of the United States of America, by James R. Drabick, Assistant United States Attorney for the District of Massachusetts; upon the Factual Allegations in Support of Judicial Removal; upon the consent of Jiali Wang ("the defendant") and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Peoples Republic of China and a citizen of Peoples Republic of China.

3. The defendant was admitted to the United States on or about September 15, 2019, at Boston, MA, pursuant to a B2 nonimmigrant visa, with authorization to remain in the United States for a temporary period not to exceed March 14, 2020. The defendant remained in the United States beyond March 14, 2020, without authorization.

4. On November 30, 2022, the defendant was convicted in the United States District Court for the District of Massachusetts of one count of Conspiracy to Commit Securities Fraud (18 U.S.C. §1349).

5. The defendant is subject to removal from the United States under Section 237(a)(1)(B) of the Immigration and Nationality Act, as amended (INA), 8 U.S.C. §1227(a)(1)(B), in that, after admission as a nonimmigrant under Section 101(a)(15) of the Act, he has remained in the United States for a time longer than permitted, in violation of this Act or any other law of the United States.

6. The defendant has waived his right to notice and a hearing under INA § 238[(d)](c) ("Judicial Removal"), 8 U.S.C. § 1228[(d)](c) ("Judicial Removal").

7. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to 8 U.S.C. § 1227(a)(1)(B) and 8 U.S.C. § 1228[(d)](c) ("Judicial Removal"), that the defendant be removed from the United States to the Peoples Republic of China, which removal is to be effected immediately.

Dated:

_____
WILLIAM G. YOUNG
UNITED STATES DISTRICT COURT JUDGE